[No. 2618–3.   Division Three.   January 18, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT
DeLaCRUZ, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 4099, William C. Goodloe, J., entered October
28, 1977. *Affirmed* by unpublished opinion per McInturff,
J., concurred in by Green, C.J., and Roe, J.

[No. 2548–3.   Division Three.   January 18, 1979.]

RANDALL A. KNAPP, ET AL, *Respondents,* v. FRED V.
HOERNER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 236543, Willard A. Zellmer, J.,
entered September 2, 1977. *Reversed* by unpublished opin-
ion per Roe, J., concurred in by Green, C.J., and McInturff,
J.

[No. 2939–2.   Division Two.   January 22, 1979.]

EDWARD W. WONSER, ET AL, *Respondents,* v. JOHN T.
THUN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 249679, James V. Ramsdell, J., entered June
15, 1977. *Affirmed* by unpublished opinion per Pearson,
C.J., concurred in by Reed and Soule, JJ.

[No. 4894–1.   Division One.   January 22, 1979.]

EDWIN FREDERICKSON, *Plaintiff,* ALPHA FREDERICKSON,
*Respondent,* v. ALICE PELTIER, ET AL, *Defendants,*
IRIS FREDERICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 101111, Thomas Steiger, J. Pro
Tem., entered June 29, 1976. *Affirmed* by unpublished
opinion per Williams, J., concurred in by Swanson and
Ringold, JJ.